BENTON HARBOR TERMINAL RAILWAY CO. *v.* DUNBAR.

RAILROADS—CONDEMNATION PROCEEDINGS.

    Case ruled by *Benton Harbor Terminal Railway Co.* v. *King*, *ante*, 377.

Appeal from Berrien probate court; Ellsworth, J. Submitted April 11, 1902. (Docket No. 93.) Decided September 17, 1902.

Condemnation proceedings by the Benton Harbor Terminal Railway Company against William S. Dunbar and Alice T. Dunbar. From a judgment for petitioner, respondents appeal. Affirmed.

*Gore & Harvey*, for appellants.

*Kelley & Chase*, for appellee.

MOORE, J. The facts in this case are precisely the same as in the case of *Benton Harbor Terminal Railway Co.* v. *King, ante,* 377 (91 N. W. 641), and this case is governed by that.

Judgment is affirmed.

HOOKER, C. J., GRANT and MONTGOMERY, JJ., concurred.